■ PHYLLIS ECONOMOU et al., Appellants, v STATE OF NEW YORK, Respondent. [671 NYS2d 320] —In a claim to recover damages for personal injuries, the claimants appeal from a judgment of the Court of Claims (Ruderman, J.), dated April 7, 1997, which, after a trial on the issue of liability only, dismissed the claim.

Ordered that the judgment is affirmed, with costs.

It is well settled that the State is not an insurer of the safety of persons using its highways (*see, Ventola v New York State Thruway Auth.,* 142 AD2d 674).

We agree with the Court of Claims that the claimants failed to prove that the absence of the subject sign was a proximate cause of this accident.

The claimants' remaining contentions are without merit. Ritter, J. P., Sullivan, Krausman and Luciano, JJ., concur.